FILED
2022 Mar-30  AM 11:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **D'WANNA WILLIAMS,** } | |
| } | |
| **Plaintiff,** } | |
| } | |
| v. } | Case No.:  2:21-cv-01522-MHH |
| } | |
| **BOSTON FISH SUPREME, INC.,** } | |
| } | |
| **Defendant.** } | |

## CLERK'S COURT MINUTE ENTRY
## DISMISSAL PURSUANT TO STIPULATION OF PARTIES

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties jointly stipulate to dismissal of this action with prejudice.  The parties shall bear their own attorneys' fees and costs.

At the direction of the Court, this case is closed.

**DONE** this 30th day of March, 2022.

SHARON N. HARRIS, CLERK

By:  /s/ Yolonda Berry
Deputy Clerk